# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| MACK FINANCIAL SERVICES a division of VFS US LLC, v. CRESTA, INC. and SVETOZAR SABEV, | FILED: MAY 28, 2008  08CV3079 J. N.  JUDGE NORGLE  MAG. JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MACK FINANCIAL SERVICES a division of VFS US LLC

| | |
|---|---|
| NAME (Type or print) Kenneth F. Berg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kenneth F. Berg | |
| FIRM Ulmer & Berne LLP | |
| STREET ADDRESS One N. Franklin St., Suite 1825 | |
| CITY/STATE/ZIP Chicago, Illinois 60606-3425 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3124027 (Illinois ARDC) | TELEPHONE NUMBER 312-324-8000 Direct: 312-324-8006 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |