# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| MACK FINANCIAL SERVICES a division of VFS US LLC, v. CRESTA, INC. and SVETOZAR SABEV, | FILED: MAY 28, 2008 08CV3079 J. N. JUDGE NORGLE MAG. JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MACK FINANCIAL SERVICES a division of VFS US LLC

| NAME (Type or print) |
|---|
| Peter R. Sonderby |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Peter R. Sonderby |

| FIRM |
|---|
| Ulmer & Berne LLP |

| STREET ADDRESS |
|---|
| One N. Franklin St., Suite 1825 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606-3425 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2674653 (Illinois ARDC) | 312-324-8000 Direct: 312-324-8007 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |