## *United States District Court for the Northern District of Illinois*

Case Number: 08cv3079      Assigned/Issued By: j. n.

Judge Name: norgle      Designated Magistrate Judge: ashman

### FEE INFORMATION

***Amount Due:***

- [✓] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____      Receipt #: 2810097 _____

Date Payment Rec'd: 5/28/08 _____      Fiscal Clerk: j. n. _____

### ISSUANCES

- [✓] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

- [ ] Citation to Discover Assets
- [ ] Writ _____
      (Type of Writ)

2 ____ Original and 0 _____ copies on 5/28/08 _____ as to all defendants _____
                                        (Date)

_____
_____