AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MACK FINANCIAL SERVICES, a division of
VFS US LLC,
        Plaintiff,

V.

CRESTA, INC. and SVETOZAR SABEV,
        Defendants.

CASE NUMBER: 08CV3079 J. N.

ASSIGNED JUDGE: JUDGE NORGLE
MAG. JUDGE ASHMAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Svetozar Sabev
711 N. Kennicott Avenue
Arlinton Heights, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth F. Berg
Peter R. Sonderby
Ulmer & Berne LLP
One N. Franklin St., Suite 1825
Chicago, Illinois 60606-3425

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 28, 2008
Date

State of Illinois

General No.: 08CV3079

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 6/30/2008 at 8:15:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Sabev, Svetozar as shown below:

Personally served a copy of the SUMMONS and COMPLAINT , by giving the within named Sabev, Svetozar at 710 W. Ladd St., Arlington Heights, IL,

Description of Person Served  Sex: M  Height: 505  Weight: 190  Race: W  Age: 40ish

Additional or Other Information:

Defendant does not reside at 711 N. Kennicott Ave., Arlington Heights, IL. The defendant rents this property out. Tenant gave new address of 710 W. Ladd St., Arlington Heights, IL.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

7-1-08
Dated

Leroy Karczewski
117-000192